USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

WENYU LU and FLOR DUARTE, on behalf of
themselves and others similarly situated and the
proposed Rule 23 Class,

                            Plaintiffs,

    -against-

ALEXANDER WANG INCORPORATED,
ALEXANDER WANG GLOBAL RETAIL
LLC, ALEXANDER WANG NEW YORK
CITY LLC, ALEXANDER WANG, DENNIS
WANG, JESSICA DOE (last name unknown),
GINI DOE (last name unknown), NATALIE
DOE (last name unknown),

                          Defendants.

------------------------------------------------------- x

12-cv-02187 (HB) (RLE)

ECF Case

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned

attorneys, that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the above-captioned

action be dismissed, with prejudice and on the merits, without costs or attorneys' fees to any party.

Dated: August _10_, 2012

_____
LEE LITIGATION GROUP, PLLC
30 East 39th Street, Second Floor
New York, NY  10016
(212) 465-1188

Attorneys for Plaintiffs

_____
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY  10166
(212) 294-6700

Attorneys for Defendants Alexander Wang
Incorporated, Alexander Wang Global Retail
LLC, Alexander Wang New York City LLC
Alexander Wang and Dennis Wang

SO ORDERED: